**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N"(5) |
| | : | HON. KURT D. ENGELHARDT |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | : | |
| | : | |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| BETTY L. BROOKS | : | |
| ----------------------------------------------- | : | |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

    Betty L. Brooks ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

       conservator):

       _____

4.      Current State of Residence:  _California_____

5.      State in which Plaintiff(s) allege(s) injury:  _California_____

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☑   A.      Sanofi S.A.

        ☑   B.      Aventis Pharma S.A.

        ☑   C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☑   D.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☑   A.      Sandoz, Inc.

        ☑   B.      Accord Healthcare, Inc.

        ☑   C.      McKesson Corporation d/b/a McKesson Packaging

        ☑   D.      Hospira Worldwide Inc.

        ☑   E.      Hospira Inc

        ☑   F.      Sun Pharma Global FZE

        ☑   G.      Sun Pharma Global Inc.

        ☑   H.      Caraco Pharmaceutical Laboratories Ltd.

        ☑   I.      Pfizer Inc.

        ☑   J.      Allergan Finance LLC f/k/a Actavis Inc.

        ☑   K.      Actavis Pharma Inc.

☐   L.   Other:

7.   Basis for Jurisdiction:

☑   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Central District of California

9.   Brand Product(s) used by Plaintiff (check applicable):

☐   A.   Taxotere

☐   B.   Docefrez

☐   C.   Docetaxel Injection

☐   D.   Docetaxel Injection Concentrate

☑   E.   Unknown

☐   F.   Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> March 19, 2015-July 2, 2014

11.     State in which Product(s) identified in question 9 was/were administered:

> California

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> In February 2015, Plaintiff was diagnosed with breast cancer in Orange, California.  Upon information and belief, Plaintiff underwent chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent on or about March 2015.
> As a result of Defendants' wrongful conduct, Plaintiff has continued to suffer and will suffer in the future from disfiguring permanent alopecia as a result of receiving chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent of same.

13.     Counts in Master Complaint brought by Plaintiff(s):

☑ Count I – Strict Products Liability - Failure to Warn
☑ Count II – Strict Products Liability for
☑ Misrepresentation  Count III – Negligence
☑ Count IV – Negligent
☑ Misrepresentation Count V –
☑ Fraudulent Misrepresentation Count VI
☑ – Fraudulent Concealment  Count VII –
☑ Fraud and Deceit
         Count VIII – Breach of Express Warranty (Sanofi Defendants only)

☐ Other:  Plaintiff(s) may assert the additional theories

4

and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

David F. Miceli
(GA Bar No. 503900)
Holly Nighbert
(IL Bar No. 6325135)
SIMMONS HANLY CONROY
One Court Street
Alton, IL  62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
dmiceli@simmonsfirm.com
hnighbert@simmonsfirm.com
Attorneys for Plaintiff